UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EcoWater Systems LLC,

    Plaintiff,

v.                                                       Civ. No. 06-3134 (JNE/SRN)
                                                          ORDER

Hague Quality Water International,

    Defendant.

In a Report and Recommendation dated May 22, 2007, the Honorable Susan Richard Nelson, United States Magistrate Judge, recommended that defendant's motion to dismiss or transfer be denied. Defendant objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.    Defendant's motion to dismiss or transfer [Docket No. 16] is DENIED.

Dated: June 13, 2007

                                                           s/ Joan N. Ericksen
                                                           JOAN N. ERICKSEN
                                                           United States District Judge